Peter C. Partnow, ABA No. 7206029
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  (907) 264-3317
Facsimile:   (907) 276-2631
Email:         PartnowP@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| David Ah You,<br><br>                              Plaintiff,<br><br>v.<br><br>The Home Depot USA, Inc.,<br><br>                              Defendant. | Case No. 3:12-cv-00172-HRH<br><br>**NOTICE OF REMOVAL** |

TO:          The United States District Court
             For The District of Alaska

AND TO:      Hugh W. Fleischer
             310 K Street, Suite 200
             Anchorage, AK 99501

        Defendant notifies you that pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §§ 1441 and 1446, Defendant hereby removes the above-captioned action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage on the ground of jurisdiction based on diversity.  Defendant submits the following statement in accordance with 28 U.S.C. § 1446:

        1.        On or about July 30, 2012, plaintiff David Ah You ("Plaintiff") served Defendant with a Summons and Complaint for the above-captioned action filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, designated as Case No. 3AN-12-8744 CI.  *See* Declaration of Peter C. Partnow ("Partnow Decl.") ¶ 2 and Exhibit A thereto.  Plaintiff's Complaint is premised upon alleged events and/or omissions that occurred within the State of Alaska.

2.     This Court is the United States District Court for the district and division within which Plaintiff's action in the Superior Court for the State of Alaska, Third Judicial District in Anchorage, is pending.  *See* 28 U.S.C. § 1441(a).  Venue is therefore proper in this district pursuant to 28 U.S.C. § 1391(a) and (c).

3.     As required by 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days from the date on which the action was served on Defendants.  Partnow Decl. ¶ 3.

4.     The amount in controversy in this action exceeds $75,000 because Plaintiff is seeking compensatory damages, including back and front pay the value of lost benefits, and attorney fees and costs. *See* Complaint at page 8.

5.     Complete diversity exists because Plaintiff is an Alaska resident, *See* Complaint ¶ 1, and Defendant The Home Depot USA, Inc. ("Home Depot"), is a foreign entity – Home Depot is a Delaware Corporation and its principal place of business is Atlanta, Georgia.

6.     This action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1332.

7.     As required by 28 U.S.C. § 1446, a true and correct copy of all state court process, pleadings, or orders served on the removing parties to date are attached to the Partnow Declaration as Exhibit A.

8.     By seeking removal, Home Depot does not waive, and expressly reserves, all rights, defenses, or objections of any nature that it may have to Plaintiff's claims, including but not limited to the right to compel arbitration of some or all of Plaintiff's claims.

9.     A copy of this Notice of Removal is being concurrently filed with the Clerk of the Superior Court of Alaska, Third Judicial District at Anchorage, and concurrently served upon the Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

DATED this 20th day of August, 2012.

I certify that on August 20, 2012, a copy
of the foregoing was served by mail on:

Hugh W. Fleischer
310 K Street, Suite 200
Anchorage, AK 99501

  s/ Peter C. Partnow

106666.1041/5464249.1

LANE POWELL LLC
Attorneys for Defendant


By   s/  Peter C. Partnow
      Peter C. Partnow, ABA 7206029