

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT Anchorage

David Ah You          Plaintiff(s),
vs.

The Home Depot USA, INC Defendant(s).

CASE NO. 3AN-12- 8744 CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: The Home Depot USA, Inc.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at (address):_____
within 20 days* after the day you receive this summons.

In addition, a copy of your answer must be sent to:

Plaintiff's attorney or plaintiff (if unrepresented): Hugh Fleischer
Address: 310 K Street, Suite 200
Anchorage, AK 99501

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court.

-OR-

If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge ___Jack___.

(SEAL)       7/25/12                    CLERK OF COURT
             Date                       By: ___Hannigan___
                                            Deputy Clerk

* The state or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 (2/06)(st.3)                              Civil Rules 4, 5, 12, 42(c), 55
SUMMONS

EXHIBIT __A__
PAGE __1__ OF __10__

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DAVID AH YOU                     )
                                 )
                                 )
         Plaintiff,              )
                                 )
     vs.                         )
                                 )
                                 )
                                 )
                                 )
THE HOME DEPOT USA, INC.         )
                                 )
                                 )
                                 )
         Defendant.              )
_____)

CASE NO:  3AN-12-__8744__ CIV.

## COMPLAINT

The plaintiff David Ah You ("Ah You") by and through his attorney of record, Hugh W. Fleischer, brings this action against defendant The Home Depot USA, Inc. ("Home Depot") as follows:

1.  Plaintiff, David Ah You resides in the Third Judicial District of Alaska.

2.  At all times mentioned in this

complaint, defendant, Home Depot is a for-profit corporation, incorporated in the State of Alaska and licensed to do business in Alaska.

3. Plaintiff, Ah You, was employed for almost eleven years by Home Depot, having lost his position on or about July 26, 2010.

4. This action is brought, in part, pursuant to AS 09.10.070, AS 09.10.053, AS 18.80.010, AS 18.80.220 and AS 23.10.060(a) with Jurisdiction of this court based on AS 22.10.020 (a) & (i).

## FIRST CLAIM FOR RELIEF

5. Plaintiff incorporates herein by reference all foregoing allegations as if fully rewritten herein.

6. Throughout Ah You's employment as defendant Home Depot's employee, defendant Home Depot's management employees, including Ah You's upper management persons, created a hostile environment.

7. Plaintiff Ah You alleges that the

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635  FAX (907) 264-6602
E-Mail: hfleisch@aol.com

conduct of defendant Home Depot, as described in this complaint, would have been offensive to any person. Plaintiff did not violate the policies or procedures of Home Depot.

8. Plaintiff Ah You was falsely accused by a manager, who claimed that Mr. Ah You violated the safety code of Home Depot.

9. Plaintiff Ah You asked the manager to check the HD video of aisles 30, 31, and 32 on July 22, 2010, but the manager failed and refused to do so.

10. Defendant's conduct as described in this complaint was malicious and was intended to oppress, humiliate and denigrate plaintiff Ah You and was totally without justification. Plaintiff Ah You further alleges that the conduct of defendant's agents in insulting, embarrassing and mistreating plaintiff was done in the course and scope of carrying out official duties for Home Depot and was only possible due to defendant's Managers' respective status.

3

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

11. As a result of defendant's unlawful conduct as alleged in this complaint, plaintiff Ah You was allegedly separated from Home Depot on the basis of a false claim of Ah You having committed a safety code violation and was dismissed on or about July 26, 2010, has lost substantial employment benefits, including lost wages, pension benefits and other losses, in an amount in excess of $400,000, the precise amount of which will be proven at the time of trial.

12. As a further direct and proximate result of defendant's unlawful conduct, plaintiff Ah You has suffered extreme and severe anguish, humiliation, emotional distress, tension, anxiety, and depression, the extent of which is not fully known at this time and the amount of damages caused thereby is not yet fully ascertained but is in an amount in excess of $100,000, the precise amount to be proven at the time of trial.

SECOND CLAIM FOR RELIEF

4

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

13. Plaintiff incorporates herein by reference all foregoing allegations as if fully rewritten herein.

14. The actions of Home Depot up to and including the separation constituted the tort of intentional infliction of emotional distress.

15. (a) The conduct was extreme and outrageous (b) the conduct was intentional and reckless (c) the conduct caused plaintiff to be inflicted with emotional distress and (d) such distress is severe.

### THIRD CLAIM FOR RELIEF

16. Plaintiff incorporates herein by reference all foregoing allegations as if fully rewritten herein.

17. Throughout Ah You's employment, he performed his job responsibilities with proficiency and otherwise in an exemplary manner, meeting standards well above the employment contract provisions.

5

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

18. Notwithstanding the facts set out in Paragraph 17 above, Home Depot breached the contract by falsely accusing Mr. Ah You of having violated a safety code.

19. The actions taken against Mr. Ah You were in violation of defendant Home Depot's covenant of good faith and fair dealing as required under the Law of Alaska. ***Charles v. Interior Regional Housing Authority***, 55 P.3d 57 (Alaska, 2002); ***Finch v. Greatland Foods, Inc.***, 21 P.3d 1282 (Alaska, 2001), and thereby renders the defendant Home Depot liable for back and front pay, and compensatory damages.

## FOURTH CLAIM FOR RELIEF

20. Plaintiff incorporates herein by reference all foregoing allegations as if fully rewritten herein.

21. Plaintiff Ah You had an employment contract with Home Depot, which provided, *inter alia*, that Mr. Ah You would continue in his gainful employment with Home depot, so long as he performed in a satisfactory manner.

6

22. As previously stated herein, Mr. Ah You did perform his job duties for Home Depot in a more than satisfactory manner.

23. Home Depot breached its agreement, in violation of AS 09.10.053, with Mr. Ah You, in firing him, without cause or basis.

## FIFTH CLAIM FOR RELIEF

24. Plaintiff incorporates herein by reference all foregoing allegations as if fully rewritten herein.

25. Defendant Home Depot, in terminating Mr. Ah You, did so, in part, on the basis of race and/or national origin.

26. Defendant's actions, referenced in paragraph 25, violated AS 18.80.220(a)(1), which renders Home Depot liable to Ah You for back and front pay and compensatory damages.

WHEREFORE, plaintiff David Ah You requests judgment against defendant, The Home Depot USA, Inc. for:

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635  FAX (907) 264-6602
E-Mail: hfleisch@aol.com

1. Immediate restoration of all of his benefits, monetary compensation, overtime and accommodations;

2. Compensatory damages, for, *inter alia*, breach of contract, including lost wages, pension benefits and other benefits, in excess of $100,000 and according to proof;

3. Compensatory damages, for the intentional and outrageous conduct inflicted on plaintiff, including the intentional infliction of emotional distress, in excess of $100,000 and according to proof;

4. Compensatory damages, for violation of AS 18.80.220 in excess of $100,000 and according to proof;

5. Attorney fees and costs;

6. Prejudgment interest on all amounts claimed; and

7. Such other and further relief as the court considers just and proper.

DATED at Anchorage, Alaska, this 25th day of July,

8

LAW OFFICE OF HUGH W. FLEISCHER, LLC
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635  FAX (907) 264-6602
E-Mail: hfleisch@aol.com

2012.

LAW OFFICES OF HUGH W. FLEISCHER, LLC
Attorneys for Plaintiff

By: _____
Hugh W. Fleischer
Alaska Bar # 7106012

9759\500

9